

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



JUN 27 2025

Clerk, U.S. District Court
By:_____Deputy Clerk

Anthony Ekeh )
 )
 )
 )
_____ )
(Enter above the full name of the Plaintiff(s) )
 )
vs. )   Case Number  25-4063  BU- 2014- CR- 496
 )
Butler County District Court and others )
Name )
201 W. Pine Avenue )
Street and number )
El Dorado          KS          67042 )
City          State          ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.      Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.      Name of plaintiff Anthony Ekeh.

        Address 2355 Fairview Avenue N,

        Roseville, MN. 55113.

1

BY-2024-CR-496

## Additional Defendants

- Budget Truck Rental LLC
  6 Sylvan way, Parsippany, NJ. 07054.

- Milos Mitic.

  9132 W 47th Street, Brookfield, IL. 60513.

- Ivan.

  141 Hidden view Drive, Westmont, IL. 60559.

- Toni.

  681 Anne Lane, Bolingbrook, IL. 60440.

- Elvis Rambanapas.

  218 Deptford Road Apt 6, Glassboro, NJ. 08028.

- Jermaine Rocker.

  250 Fillmore Street Unit 150, Denver, CO. 080206.

- Brandon Turner.

  123 Lilian way, Crestview, FL. 32526.

- Mallory Horton.

  Hawthorne, CA. 90250.

1

BU-2024-CR-496

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant Butler County District Court_____is

employed at Government_____

_____

C.    Additional Defendants Budget Truck Rental LLC_____

Transport Rental Company._____

_____

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of _____Minnesota_____.

2.    The first-named defendant above is either

a.  a citizen of the State of _____N/A_____; or

b.  a corporation incorporated under the laws of the State of

_____Kansas_____ and having its principal place of business

in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.    a citizen of the State of _____N/A_____; or

b.    a corporation incorporated under the laws of the State of

___New Jersey___ and having its principal place of business in a

State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.) Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

BU-2024-CR-496

## Additional Defendants

- Milos Mitic.

  Transportation

- Ivan.

  Transportation

- Toni.

  Transportation.

- Elvis Rambanapas.

  Transportation

- Jermaine Rocker.

  Transportation

- Brandon Turner.

  Transportation

- Mallory Horton.

  Transportation

BU-2024-CR-496

B.    (If applicable)  Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☑ 1.    This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article  ·42  , Section 12101 ; Statute, US Code, Title  42  , Section 12101 .

☑ 2.    This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☑ 3.    Other grounds (specify and state any statute which gives rise to such grounds):

Malicious Prosecution, 18 U.S.C. Section 287

Unlawful search and seizure, Fourth Amendment

Excessive use of force, 42 U.S.C. Section 1983

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Americans with Disabilities, Title 42 U.S.C. Section 12101.

Disability Discrimination, In conspiracy, I have been treated with indignation and resentment b-

ased on a protected status mainly a disability that causes loathe. They are acting in a prejudi-

ced way through systematic inter class and associative harassment. They have since created

a hostile work environment, depriving me employment and proper legal counsel. Using priva-

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

3

BU- 2024-CR-496

## III. STATEMENT OF CLAIM

-cy invasive tactics, enabling contacts and accesses to my activities through government institutions like USDOT, SSA, IRS and NPRC that are associational and discriminatory.

### Malicious Prosecution, Title 18 U.S.C. Section 287.

Kansas State violated my civil rights on 10/30/24 in El Dorado Kansas. By initiating an illegal arrest, search and seizure without probable cause and with malice. Because of my association with their colleagues in Ohio and Pennsylvania.

### Unlawful Search and Seizure, Fourth Amendment Law.

My DNA sample was collected without proper authorization. Kansas State invaded my privacy by collecting my saliva for DNA testing, knowing that the claim by budget truck rental LLC, been the reason for my arrest, was a false claim. My work, freedom and life were greatly endangered because of this. A wrong DNA profile could have been established due to manipulations e.g. through mixtures, contaminations etc. and human errors, during analysis.

### Excessive use of force, Title 42 U.S.C. Section 1983.

Kansas State police personnels arrested me using excessive force in El Dorado Kansas on 10/30/24 Knowing I had no offence. And put me in a contaminated cell without a probable cause, while in illegal detention, because they couldn't find a reason to legitimately incriminate me and because they did not want to release me and because their colleagues were involved. Leaving me with untreated injuries that have worsen the situation.

3

BU-2024-CR-496

**HIGHLIGHTS OF GROSS UNETHICAL MISCONDUCT**

Associative and inter-class discrimination.

Denial of proper counsel.

Surveillance abuse.

Illegal search and seizures or repossessions.

Physical Harassment.

Making false statement.

Money      weaponization.

Prosecution Misconducts.

Justice Manipulation.

Escalating violence.

Debilitating injuries and infections.

Manipulating rental contract into delinquency.

Possibly, mainly Amy Yager, a USDOT officer from Illinois, acquainted to Milos Mitic. Have constantly been monitoring my USDOT account against progress. Humiliating me through unfair sarcasms, insults, and criticisms. In front of co-workers, management, customers and brokers. Sabotaging my work and making derogatory remarks. Usually through transportation monitoring websites like freight guard, DAT and Truck stop.

Quite possibly, trying to create a wrong DNA profile. Kansas State committed a criminal offense by collecting my saliva through a swab for DNA analysis, knowing I committed no crime.

Because they'd created a hostile environment doing business with Pro Carrier, USDOT-3974479. I secretly established a new USDOT, with number, 4300011 and DBA name HAUL. And telling no one and never conducting business with it. Like the case with Elvis, and then newly established USDOT, with number 3974479, and DBA name Pro Carrier, which I reported, but no action was taken, because they were involved. They collaborated and put me in detention in Kansas State. They illegally detained me until my then active USDOT with number, 3974479 was rendered inactive, a typical plan to weaponized money in preventing justice. This forced to me to be unemployed again. They then changed the DBA name of USDOT number, 4300011 to Pro Carrier, while I was still in detention. Hoping to confuse the public, in the event of my death, and investigations. I forcefully got out of detention, expectedly, I immediately saw this wicked thing and called FMCSA. And threatened to bring the misconduct to the notice of the public. Overheard the argument, they then quickly changed the USDOT number, 4300011 DBA name back to HAUL the following day. Because of a protected status. Mainly, a disability and its associative nature.

BU-2024-CR-496

I need twenty million dollars in damages.

I want an immediate establishment of a new MC authority.

I demand ownership of Budget Truck Rental's equipment ending with VIN...0591.

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]    No [ ]

VI.    Do you claim actual damages for the acts alleged in your complaint?
Yes [X]    No [ ]

VII.    Do you claim punitive monetary damages?    Yes [X]    No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I claimed twenty million dollars in damages because it covers the regressive economic, physical and emotional damages caused and seeing the many attempts made on my life, originating mainly from Pennsylvania.

4

BU-2024-CR-496

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [X]  No [ ]

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Federal District Court Arizona, a claim filled on 11/10/24 with a resultant a-

pproval.

EEOC Kansas, a claim filled on 02/12/25 and pending and is still current.

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

IX.    Related Litigation:

Please mark the statement that pertains to this case:

[✓]    This cause, or a substantially equivalent complaint, was previously filed in this court as case number 5:24-CV-03224,5,6  and assigned to the Honorable Judge W. Lungstrum                  .

[ ]    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Anthony Ekeh
_____
Name (Print or Type)

2355 Fairview Avenue N
_____
Address

5

BU-2024-CR-496

| Roseville | MN | 67042 |
|-----------|------|----------|
| City | State | Zip Code |

(952) 688-9693

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,   ☐ Kansas City , or   ☒ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury {   ☒ Yes or   ☐ No  }
(Select One)

Signature of Plaintiff

Dated: 6/20/25
(Rev. 10/15)

6